IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SABINA SANCHEZ,

      Plaintiff,                    No. CIV S-05-1988 GEB DAD P

      vs.

SHARON DENNY, et al.,         ORDER FOR PAYMENT

      Defendants.            OF INMATE FILING FEE

_____/

To: The Commander of the Shasta County Jail, 1655 West Street, Redding, California 96001:

      Plaintiff, an inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $250.00 for this action. See 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's jail trust account. The Shasta County Jail is required to send to the Clerk of the Court payments from plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefor, IT IS HEREBY ORDERED that:

      1. The Commander of the Shasta County Jail or a designee shall collect monthly payments from plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the

1

preceding month's income credited to plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $250.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

        2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis application on Commander, Shasta County Jail, 1655 West Street, Redding, California 96001.

        3. The Clerk of the Court is directed to transmit a copy of this order to the Financial Department of the court.

DATED: October 4, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
sanc1988.cdcaj