IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SABINA SANCHEZ,

    Plaintiff,                  No. CIV S-05-1988 GEB DAD P

    vs.

SHARON DENNY, et al.,

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        A recent court order served on plaintiff at her address of record was returned by the postal service as undeliverable. The envelope was marked "Return to Sender - Not In Custody." It appears that plaintiff has failed to comply with the Local Rules of Practice, which require that each attorney and each party appearing in propria persona inform the court promptly of any change of address. See Local Rule 83-182(f). Absent a notice of change of address, service of documents at the prior address of the party shall be fully effective. See id.

        Good cause appearing, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of her current address. See Local Rules 83-182(f) and 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 21, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
sanc1988.33a